IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
N DISTRICT OF TEXAS
FILED

DEC 13 2018

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-MJ-768 |
| WILLIE CLAYTON DAVIDSON (01) | |

## CRIMINAL COMPLAINT

**Alleged Offense:**

Beginning in or before January 2018 and continuing until in or around March 2018, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Willie Clayton Davidson**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

**Probable Cause:**

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

2. I have participated in and am familiar with this investigation through interviews, surveillance, and police reports.

3. This affidavit is submitted in support of an application for a criminal complaint.

4.     On January 16, 2018, Burleson Police Department officers in a marked patrol unit conducted a traffic stop of a vehicle driven by **Willie Clayton Davidson**, who was the sole occupant. Upon approaching the vehicle, a police officer smelled the odor of marijuana emitting from the vehicle. The police officer conducted a probable cause search of the vehicle and located 20 grams of methamphetamine in the trunk. **Davidson** spontaneously stated, "I forgot about that," indicating his acknowledgement that the methamphetamine was his. Police officers also located a large sum of U.S. currency bundled in small denominations indicative of drug trafficking.

5.     On January 17, 2018, Burleson Police Department interviewed a cooperating defendant (CD), who identified **Davidson** as a source of supply for methamphetamine. CD observed **Davidson** with large sums of U.S. currency and stated his belief that **Davidson** is a supplier of large quantities of methamphetamine.

6.     On March 15, 2018, ATF and Texas DPS Agents conducted a proffer interview of K.D. who identified **Davidson** as a source of supply for large quantities of methamphetamine. In January 2018, K.D. purchased over 2,000 grams of methamphetamine from **Davidson** in a 2-week period. Based on the foregoing, the undersigned Complainant respectfully submits that there is probable cause to believe that **Willie Clayton Davidson**, along with others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B),

namely to distribute and to possess with intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846.

Samuel Dendy
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

SWORN AND SUBSCRIBED before me, at 1:49 am/pm, this 13 day of December, 2018, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint - Page 3 of 3