IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | NO. 4:18-MJ-768 |
| | § | |
| WILLIE CLAYTON DAVIDSON | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 3 1 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

### WAIVER OF PRELIMINARY EXAMINATION AND CONSENT FOR MAGISTRATE JUDGE TO DETERMINE THE DETENTION ISSUE BASED ON THE DOCUMENTS

I understand that I have been charged in a complaint pending in this district. Having appeared before this Court and been advised of my rights including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination. I further consent to the Magistrate Judge's considering the complaint and pretrial service report filed in this case in determining the matter of detention.

12/31/18
Date

_Willie Clayton Davidson_, Defendant

Counsel for Defendant

BRIAN W. DAVIS
TEXAS 24029505