5

**ORIGINAL**

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 MAR 11 PM 3:51

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-CR-____ |
| WILLIE CLAYTON DAVIDSON (01) | |

INFORMATION  **4-19CR-068-A**

The United States Attorney Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(21 U.S.C. § 846)

Beginning in or before January 2018 and continuing until in or around March 2018, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Willie Clayton Davidson**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

ERIN NEALY COX
UNITED STATES ATTORNEY

_/s/_____
ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455