U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 12 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:19-CR-068-A |
| WILLIE CLAYTON DAVIDSON | § | |

## O R D E R

The court ORDERS that the arraignment of the Information and proposed guilty plea hearing of defendant, **WILLIE CLAYTON DAVIDSON**, be, and is hereby, **set for 10:30 a.m. on March 22, 2019**, before the undersigned in the 4th Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Willie Clayton Davidson and his attorney, and the attorney of United States of America responsible for handling this case be present at such time, date and place.

SIGNED March 12, 2019.

_____
JOHN McBRYDE
United States District Judge