# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | |
| DEPUTY CLERK: F. Arnold | COURT REPORTER: Debbie Saenz |
| LAW CLERK | USPO |
| INTERPRETER: | |
| A.M. 10:30 | DATE HELD: March 22, 2019 |
| TOTAL COURT TIME: 17 mins | CSO: Ray Urban |

CR. No. 4:19-CR-068-A    DEFT NO.01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | ROBERT BOUDREAU, AUSA |
| | § | |
| v. | § | |
| | § | |
| | § | |
| WILLIE CLAYTON DAVIDSON | § | LEIGH DAVIS, APPOINTED |
| Defendant's Name | | Counsel for Deft.  Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT/GUILTY PLEA

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ✓ Guilty Plea    Days in Trial: _____    Hearing Concluded: ✓ Yes  ☐ No

- ✓ Defendant SWORN.
- ✓ Arraignment/Guilty Plea - Held on count(s) **1** of the **1** count Information.
- ☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
- ☐ Defense waived reading of the Information.
- ✓ Deft enters a plea of    ☐ Not Guilty  ✓ Guilty  ☐ Nolo
- ☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
- ☐ Waiver of Jury Trial
- ✓ Waiver of Indictment, filed.
- ☐ Plea Agreement accepted.    ☐ Court defers acceptance of Plea Agreement.
- ☐ Plea Agreement filed    ✓ No Plea Agreement.
- ☐ Plea Agreement included with Factual Resume.
- ✓ Factual Resume filed.
- ✓ Defendant is adjudged guilty as to Count(s) **1 of Information.**
- ✓ Sentencing set **July 26, 2019 at 10:00 a.m.**
- ☐ Trial set for _____ at _____ a.m./p.m.
- Pretrial motions due: _____.  Discovery motions/Government Responses due: _____.
- ✓ Order for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ PSI waiver filed.  ✓ PSI due: June 3, 2019.  ✓ Presentence Referral Form to: Leigh Davis.
- ☐ Defts bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Bond ☐ continued ☐ forfeited
- ✓ Deft Custody/Detention continued.
- ☐ Deft ORDERED into custody.

✓ **OTHER PROCEEDINGS: Govt read the Information and Waiver of Indictment for the record.**

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
MAR 22 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy