IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 22 2019

CLERK, U.S. DISTRICT COURT
By_____
     Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-CR-068-A |
| WILLIE CLAYTON DAVIDSON (01) | |

## WAIVER OF INDICTMENT

I, Willie Clayton Davidson the above named defendant, who is accused in the Information with the felony offense of Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
WILLIE CLAYTON DAVIDSON
Defendant

_____
LEIGH DAVIS
Attorney for Defendant

Affirmed in open Court this **22** day of **March**, 2019.

_____
JOHN MCBRYDE
UNITED STATES DISTRICT JUDGE