U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 22 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:19-CR-068-A |
| WILLIE CLAYTON DAVIDSON (01) | |

## FACTUAL RESUME

**INFORMATION:**

Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846.

**MAXIMUM PENALTY:**

- Imprisonment for a period not more than 20 years;
- A fine not to exceed $1,000,000 or both a fine and imprisonment;
- A supervised-release term of a minimum of 3 years. If the defendant violates any of the supervised-release conditions, he could be imprisoned for the entire supervised-release term, resulting in additional prison time;
- A $100 mandatory special assessment;
- Restitution to victims or to the community, which may be mandatory under the law, and which the defendant agrees may include restitution arising from the offense of conviction alone; and
- Forfeiture of property.

**ELEMENTS OF THE OFFENSE:**

The essential elements which must be proved beyond a reasonable doubt in order to establish the offense charged in the Information are as follows:

First:     That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the Information;

Second:  That the defendant knew of the unlawful purpose of the agreement;

Third:    That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Case 4:19-cr-00068-A   Document 23   Filed 03/22/19   Page 2 of 2   PageID 29

Fourth: That the overall scope of the conspiracy involved a mixture and substance containing a detectable amount of methamphetamine.

STIPULATED FACTS:

Beginning in or before January 2018 and continuing until in or around March 2018, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Willie Clayton Davidson**, along with Bobby Campbell, Sonia Cantu, Kyle D'Aquilla and others, conspired to possess methamphetamine with the intent to distribute it. Campbell, Cantu and D'Aquilla obtained methamphetamine from **Davidson**, and sold the methamphetamine to other customers in and around Fort Worth, Texas. In this manner, Davidson conspired with others to possess methamphetamine with the intent to distribute it.

On or about January 16, 2018, Burleson Police Department officers in a marked patrol unit conducted a traffic stop of a vehicle driven by **Davidson**, who was the sole occupant. Upon approaching the vehicle, a police officer smelled the odor of marijuana emitting from the vehicle. The police officer conducted a probable cause search of the vehicle and located approximately 20 grams of methamphetamine in the trunk. Police officers also located approximately $13,553 in U.S. currency bundled in small denominations.

SIGNED this  11  day of  March , 2019.

_____  _____
WILLIE CLAYTON DAVIDSON            LEIGH DAVIS
Defendant                          Counsel for Defendant