**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 25 2019

CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-CR-068-A |
| WILLIE CLAYTON DAVIDSON (01) | |

## GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

_/s/_
ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Tel: 817-252-5200

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon counsel of record for the defendant, Leigh Davis, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

_/s/_
ROBERT J. BOUDREAU
Assistant United States Attorney